*New Case*
*Case # (1:20-cv-00651)*
*Filing*

 **Gmail**

Teez Bomb <justme.tb32@gmail.com>

## Discrimination and Actions

1 message

1:21-cv-112-TWP-MJD

Teez Bomb <justme.tb32@gmail.com>                                Thu, Dec 10, 2020 at 9:53 PM
To: Thomas Bell <justme.tb32@gmail.com>

*Clerk*

I am the only single Lakota Native male with the mixture of African American in Indianapolis, Indiana and I also have disabled my communication from family threw the old past adoption to overstand there family value I have recently been illuminated from a U.S Master's Swimming event/meet at IU Natatorium as a short time hostage by the IU Natatorium police officer's or security

I have been let down from fortunate other activities as well and if you ask me this Police protest that happened in Indianapolis, Indiana was a fake plot fot black and white people to join together as a fake to stop my plot to make it in the world a different way so others can live with there Rock & Roll so they can live at peace with music notes because I noticed black and white people saying black lives matter and I am part African American but also Indian along with without housing or strong finances for my civil liberties. While most families of all except me go home live comfortable with there wife's wen I sit alone without a spoon or a dinning table ECT or anyone with self worth mentally where my mind is and if I do not file this then this wil continue on...

Mr. Thomas Phillip Bell
General Delivery
IN, IN 46206

**FILED**

**01/13/2021**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

1/13/2021   Case 1:21-cv-00112-TWP-MJD   Document 1   Filed 01/13/21   Page 2 of 2 PageID #: 2

Gmail - ("Covid-19") New York City and USA Virtual Discrimination Act toward myself and all Native Culture's except for some Cacasion …

*New Case*

 **Gmail**      *Case #1*

~~Teez Bomb~~ <justme.tb32@gmail.com>

*Filing*

___

# ("Covid-19") New York City and USA Virtual Discrimination Act toward myself and all Native Culture's except for some Cacasion American's.

1 message

___

~~Teez Bomb~~ <justme.tb32@gmail.com>                                    Thu, Dec 24, 2020 at 6:23 PM
To: ~~Teez Bomb~~ <justme.tb32@gmail.com>

*Clerk*

Myself as a human being have grew up dealing with discrimination in public School's in Youngstown, Ohio my mathematic skills were being beat around the bush as child's play which should never occur as teacher's or as cacasion white female teacher's teaching other grey nationalities except me in which this teacher probably had been told to do so to discriminate because I may have been different but that did not mean that I should not be able to grow up and reproduce a productive life and another one just like every other being that lived next door like every other student and most of them did become forchinant adults that gave birth from the womb or to it.

Now there saying in New York City that alot of African American people have died from this virus ("Covid-19") and now people are leaving New York City so how many people have died from this virus and how many are still alive and living was this all fake and setup is it because the white folks are empowering beautiful African American ladies or other Grey Nationalities to perform in porn with them I would think so...

Disabling and Excuses for all Grey Nationalities from performing Sports including swimming because of school grades which we are human and not one of us in this world that we all live in today of 2020 are completely genious and I believe that is one of the world's problems today another if we were and anyone was genious why have not solved HIV and now become this
 ("Covid-19") I am tired of the best excuse in the world I always keep my mind on happiness niether have I been that happy yet I am 41 years old it is unfair that us Grey Nationalities be crippled from living a good life and swimming is priority number 1 I was told about the boat I read in the history books about the boat so how are you white nationalities able to stop and Grey African American Lakota and ECT from a swimming for a swim meet that may have became a part of world peace I also would like to say there should be wen this is all over ("Covid-19") that we as Grey Nationalities have our own swimming pools built for learning and trainning to learn how to become a world competitive swimmer ? Your man !

Mr. Thomas Phillip Bell
General Delivery
IN, IN 46206